# United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>F-Squared Investments, Inc. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>26-2980788 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State):<br>Wellesley Office Park<br>80 William Street Suite 400<br>Wellesley, MA 02481    **ZIP CODE 02481** | Street Address of Joint Debtor (No. & Street, City, State):<br><br>**ZIP CODE** |
| County of Residence or of the Principal Place of Business:<br>Norfolk County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>**ZIP CODE** | Mailing Address of Joint Debtor (if different from street address):<br><br>**ZIP CODE** |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>**ZIP CODE** | |

**Type of Debtor** (Form of Organization) (Check **one** box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check **one** box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check **one** box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check **one** box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☒ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over-100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☒ $500,001 to $1 Million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

THIS SPACE IS FOR COURT USE ONLY

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s):
F-Squared Investments, Inc.

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: See attached Schedule 1 | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1))

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** F-Squared Investments, Inc. |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br>X _____ <br>   Signature of Debtor <br><br>X _____ <br>   Signature of Joint Debtor <br><br>_____ <br>Telephone Number (if not represented by attorney) <br><br>_____ <br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br>(Check only **one** box.) <br><br>☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br>☐   Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br>X _____ <br>   (Signature of Foreign Representative) <br><br>_____ <br>   (Printed Name of Foreign Representative) <br><br>_____ <br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X */s/ Russell C. Silberglied* <br>Signature of Attorney for Debtor(s) <br>Russell C. Silberglied (DE 3462) <br>Printed Name of Attorney for Debtor(s) <br>Richards, Layton & Finger, P.A. <br>Firm Name <br><br>One Rodney Square <br>920 North King Street <br>Wilmington, Delaware 19801 <br>Address <br>(302) 651-7700 <br>Telephone Number <br>July 8, 2015 <br>Date <br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br>_____ <br>Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br>_____ <br>Social-Security Number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br>_____ <br>Address <br><br>X _____ <br>   Signature <br><br>_____ <br>Date <br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br>X */s/ Laura Dagan* <br>Signature of Authorized Individual <br>Laura Dagan <br>Printed Name of Authorized Individual <br>Chief Executive Officer and President <br>Title of Authorized Individual <br>July 8, 2015 <br>Date | |

# SCHEDULE 1

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Company | Date Filed | District |
| --- | --- | --- |
| F-Squared Investment Management, LLC | July 8, 2015 | Delaware |
| F-Squared Institutional Advisors, LLC | July 8, 2015 | Delaware |
| F-Squared Retirement Solutions, LLC | July 8, 2015 | Delaware |
| F-Squared Alternative Investments, LLC | July 8, 2015 | Delaware |
| F-Squared Investments, Inc. | July 8, 2015 | Delaware |
| F-Squared Solutions, LLC | July 8, 2015 | Delaware |
| F-Squared Capital, LLC | July 8, 2015 | Delaware |
| AlphaSector LLS GP 1, LLC | July 8, 2015 | Delaware |
| Active Index Solutions, LLC | July 8, 2015 | Delaware |

## WRITTEN CONSENT OF THE SOLE SHAREHOLDER AND BOARD OF DIRECTORS OF F-SQUARED INVESTMENTS, INC.

On July 8, 2015, the undersigned, being (i) all of the directors (the "**Directors**") of the board of directors (the "**Board of Directors**") and (ii) the sole shareholder (the "**Shareholder**") of F-Squared Investments, Inc., a Delaware corporation (the "**Corporation**"), acting in accordance with the General Corporation Law of the State of Delaware and the Corporation's Bylaws, hereby consent to the following actions and adopt the following resolutions without a meeting (this "**Consent**"):

**RESOLVED**: That for purposes of this Consent and the resolutions contained herein, the term "**Authorized Officer**" shall mean David N. Phelps, the chief restructuring officer of the Corporation, Laura Dagan, the chief executive officer and president of the Corporation, and Deborah Deskavich, the chief operating officer and secretary of the Corporation.

**RESOLVED**: That the Corporation shall be, and hereby is, authorized and directed to: (a) file a voluntary petition (the "**Petition**") for relief under chapter 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect the foregoing.

**RESOLVED**: That each Authorized Officer shall be, and hereby is, authorized and empowered on behalf of and in the name of the Corporation to: (a) execute and verify the Petition, as well as all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modification to the Petition or ancillary documents as the Authorized Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Authorized Officer); (b) execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (c) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms as such Authorized Officer may approve.

**RESOLVED**: That each Authorized Officer shall be, and hereby is, authorized and empowered to retain, on behalf of the Corporation: (a) Richards, Layton & Finger, P.A., as bankruptcy counsel to the Corporation; (b) Gennari Aronson, LLP, as special corporate

|  |  |
|---|---|
|  | counsel to the Company; (c) Grail Advisory Partners LLC (d/b/a PL Advisors) and Managed Account Services, LLC, as financial advisors and investment bankers to the Company; (d) Stillwater Advisory Group LLC to provide crises management and restructuring services; and (e) such additional professionals, including attorneys, accountants, consultants, or brokers, in each case as in such Authorized Officer's judgment may be necessary or desirable in connection with the Corporation's chapter 11 case and other related matters, on such terms as such officer or officers shall approve. |
| **RESOLVED**: | That (a) the Corporation shall be and is authorized to enter into, deliver, and perform, any Authorized Officer on behalf of the Company is hereby authorized to execute and deliver, that certain Asset Purchase Agreement (the "**Asset Purchase Agreement**") dated on or about July 3, 2015, by and between the Corporation, F-Squared Investment Management, LLC, F-Squared Institutional Advisors, LLC, F-Squared Alternative Investments, LLC, F-Squared Retirement Solutions, LLC, F-Squared Solutions, LLC, F-Squared Capital, LLC, AlphaSector LLS GP 1, LLC, Active Index Solutions, LLC, and Broadmeadow Capital, LLC (the "**Purchaser**"), in substantially the form presented to and reviewed by the Board of Directors and the Shareholder and attached hereto as Exhibit A, pursuant to which the Purchaser will purchase the Purchased Assets (as defined in the Asset Purchase Agreement) and assume the Assumed Liabilities (as defined in the Asset Purchase Agreement), with such modifications and supplements as may be approved by each Authorized Officer (which approval shall be conclusively evidenced by such person's execution and delivery thereof) and (b) the Board of Directors and the Shareholder approve in all respects the form, terms, and provision of the Asset Purchase Agreement and the transactions contemplated thereby, and all ancillary documents related thereto, pursuant to sections 105, 363, and 365 of the Bankruptcy Code. |
| **RESOLVED**: | That in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the officers of the Corporation or their designees shall be, and each of them, acting alone, hereby is authorized, directed, and empowered, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, consents, including sole member consents for its wholly-owned subsidiary containing resolutions consistent with the resolutions set forth herein, and other documents, including any amendment to the LLC agreement of such subsidiary, and to pay all expenses, including filing fees, in |

2

each case as in such officer's or officers' judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED**: That all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Corporation in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed, and approved.

This Consent may be executed in one or more counterparts and may be delivered via facsimile or Portable Document Format (PDF), each of which shall be deemed an original and all of which taken together shall constitute one and the same consent.

[Signature page follows]

IN WITNESS WHEREOF, the undersigned have caused this Consent to be executed as of the date first written above.

_____
Laura Dagan

_____
Thomas Mann

_____
Stephen J. Ricci

IN WITNESS WHEREOF, the undersigned has caused this Consent to be executed as of the date first written above.

      */s/ Laura Dagan*
F-Squared Investment Management, LLC, Sole Shareholder

By:    Laura Dagan
Title:  Chief Executive Officer and President of F-Squared Investment Management, LLC

<u>Exhibit A</u>

Asset Purchase Agreement

(attached as an exhibit to the Sale Motion)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| F-Squared Investments, Inc., | ) Case No. 15-_____ (_____) |
| Debtor. | ) |
| Tax I.D. 26-2980788 | ) |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the thirty (30) largest unsecured claims against the above-captioned debtor and certain of its debtor affiliates (collectively, the "**Debtors**"), all of which have commenced chapter 11 cases in this Court. The list has been prepared from the unaudited books and records of the Debtors. The list is prepared on a consolidated basis in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The list does not include (i) persons that come within the definition of "insider" set forth in section 101(31) of title 11 of the United States Code or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the thirty (30) largest unsecured claims. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date. The failure to list a claim as contingent, unliquidated, or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim.

|  | Name of creditor and complete mailing address | To the extent known, name, telephone and facsimile number, email address, and complete mailing address of employee, agent, or department familiar with claim | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, value of security) |
|---|---|---|---|---|---|
| 1 | Howard Present<br>46 Sagamore Road<br>Wellesley, MA 02481 | Howard Present<br>hp@howardpresent.com<br>(617) 610-5570 | Contract | Contingent, Unliquidated and Disputed | $1,968,971.11 |
| 2 | Stradley Ronon Stevens & Young, LLP<br>2600 One Commerce Square<br>Philadelphia, PA 19103-7098 | Michael Mundt<br>mmundt@stradley.com<br>Phone: (202) 419-8403<br>Phone: (571) 302-6065 | Contract | Disputed | $491,138.00 |

| | | | | | |
|---|---|---|---|---|---|
| 3 | Advent Software, Inc.<br>600 Townsend Street<br>San Francisco, CA 94103 | Leah Rowell<br>leah.rowell@advent.com<br>Phone: (415) 645-1222<br>Fax: (415) 241-4098 | Contract | Contingent | $395,193.40 |
| 4 | Simpson Thacher & Bartlett LLP<br>1155 F Street, N.W.<br>Washington, DC 20004 | Karen Gift<br>karen.gift@stblaw.com<br>Phone: (202) 636-5569<br>Fax: (202) 636-5502 | Contract | | $336,190.43 |
| 5 | Cantella & Co., Inc.<br>28 State Street, 40th Fl.<br>Boston, MA 02110 | Jay Lanstein<br>Phone: (617) 521-8630<br>Fax: (617) 521-8604 | Contract | Contingent,<br>Unliquidated<br>and Disputed | $198,152.02 |
| 6 | First National Bank Omaha<br>P.O Box 2818<br>Omaha, NE 68103-2818 | Karl Pfiefer<br>Phone: (916) 543-9341<br>Fax: (916) 471-0236 | Credit Card | | $115,536.58 |
| 7 | Grove Street Advisors, LLC<br>20 William Street, Suite 230<br>Wellesley, MA 02481 | Chris Quinn<br>clq@grovestreet.com<br>Phone: (781) 263-6182<br>Fax: (781) 263-6101 | Sub Lease | Contingent | $114,805.65 |
| 8 | Kimberly Collins<br>2 Conrick Lane<br>Dover, MA 02030 | Kimberly Collins<br>kcsearch@comcast.net<br>(617) 775-6159 | Employee Contract | | $68,429.48 |
| 9 | Paul Gamble<br>20 Cedar Street<br>Charlestown, MA 02129 | Paul Gamble<br>paulgamble@comcast.net<br>(617) 283-9861 | Employee Contract | | $48,076.92 |
| 10 | Bloomberg Finance LP<br>P.O. Box 416604<br>Boston, MA 02241-6604 | Christian Torres<br>chtorres@bloomberg.net<br>(212) 617-5557 | Contract | | $47,140.34 |
| 11 | Nathan Eigerman<br>360 Hammond St.<br>Chestnut Hill, MA 02467 | Nathan Eigerman<br>n@eigerman.com<br>(617)784-3384 | Employee Contract | | $41,596.14 |
| 12 | Tony Garvin<br>10 Riverside Drive<br>Marlbehead, MA 01945 | Tony Garvin<br>lcgarvin@me.com<br>(781) 771-1882 | Employee Contract | | $40,384.62 |
| 13 | TransPerfect Document Management, Inc.<br>Three Park Avenue 39th Floor<br>New York, NY 10016 | Isaac Margulis<br>imargulis@transperfect.com<br>Phone: (212) 689-5555 | Contract | | $39,874.00 |
| 14 | Kathleen Weckler<br>665 Washington Apt. 902<br>Boston, MA 02111 | Kathleen Weckler<br>ktweck@gmail.com<br>(248) 219-8733 | Employee Contract | | $39,711.54 |
| 15 | Mitchell Fishman<br>69 Canton Point Road<br>Canton, MA 02021 | Mitchell Fishman<br>vfishman@f2inv.com<br>(617) 763-5370 | Employee Contract | | $38,076.90 |
| 16 | Rooker Price<br>58 Stratford Rd<br>Melrose, MA 02176 | Rooker Price<br>rookerprice@comcast.net<br>Phone: (617) 620-3715 | Employee Contract | | $31,410.28 |
| 17 | Institutional Investor, LLC<br>P.O. Box 417611<br>Boston, MA 02241-7611 | Andres Montero<br>andres.montero@institutionalinvestor.com<br>Phone: (212) 224-3682 | Contract | | $29,250.00 |
| 18 | Melanie Karlberg<br>977 Temple Street<br>Duxbury, MA 02332 | Melanie Karlberg<br>melaniekarlberg@verizon.net<br>(781) 626-3792 | Employee Contract | | $28,365.38 |
| 19 | Joseph Miskel<br>600 Burgundy Place<br>Yardley, PA 19067 | Joseph Miskel<br>jmiskel@gmail.com<br>(215) 806-8479 | Employee Contract | | $25,961.54 |
| 20 | Cushman & Wakefield<br>225 Franklin Street, Suite 300<br>Boston, MA 02110 | Mark Roth<br>mark.Roth@cushwake.com<br>Phone: (617) 204-4165<br>Fax: (617) 330-9499 | Contract | | $20,918.50 |

| | | | | | |
|---|---|---|---|---|---|
| 21 | FactSet Research Systems, Inc.<br>P.O. Box 414756<br>Boston, MA 02241-4756 | Sean Savage<br>ssavage@factset.com<br>invoices@factset.com<br>Phone: (617) 757-1194 | Contract | | $20,454.30 |
| 22 | The Kinlin Company, Inc.<br>749 Main Street<br>Osterville, MA 02655 | Ellen Kinlin<br>eck@kinlin.com<br>(508) 420-1165 | Contract | | $20,000.00 |
| 23 | McLagan Partners Inc.<br>P.O. Box 100137<br>Pasadena, CA 91189-0137 | Linda Fagan<br>lfagan@mclagan.com<br>Phone: (203) 602-1217<br>Fax: (203) 323-9851 | Contract | | $17,225.00 |
| 24 | Alan Dunaway<br>9446 Gotten Way<br>Germantown, TN 38139 | Alan Dunaway<br>lcadad@hotmail.com<br>(901) 359-3493 | Employee Contract | | $17,134.62 |
| 25 | Sean Tierney<br>93 Old Harbor Street<br>South Boston, MA 02127 | Sean Tierney<br>sean.tierney009@gmail.com<br>(781) 346-3069 | Employee Contract | | $15,576.90 |
| 26 | Wells Fargo Advisors<br>Fee Billing - MAC H0006-08Q<br>St. Louis, MO 63103 | Trenita Coleman<br>advisorybillinginquiry@wellsfargoadvisors.com<br>(314) 955-8639 | Contract | | $15,221.04 |
| 27 | Victoria Newhouse<br>525 Salem Street, Apt. 2<br>Wakefield, MA 01880 | Victoria Newhouse<br>vanewhouse@sbcglobal.net<br>(630) 621-2035 | Employee Contract | | $12,000.00 |
| 28 | Ashland Partners & Co., LLP<br>525 Bigham Knoll Drive, Suite 200<br>Jacksonville, OR 97530 | Sean P. Gilligan<br>sean@ashlandpartners.com<br>Phone: (303) 607-8000 x 4144 | Contract | | $9,000.00 |
| 29 | Morningstar Inc.<br>2668 Payshere Circle<br>Chicago, IL 60674 | David Fabrisi<br>david.fabrisi@morningstar.com<br>Phone: (312) 696-6375<br>Fax: (312) 244-8026 | Contract | | $8,377.81 |
| 30 | Hotel Indigo Newton Riverside<br>399 Grove Street<br>Newton, MA 02462 | Lauren Brandon<br>Phone: (617) 454-3408<br>Fax: (617) 454-3493 | Contract | | $6,558.41 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| F-Squared Investments, Inc., | ) | Case No. 15-_____ (_____) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. 26-2980788 | ) | |

**DECLARATION CONCERNING THE LIST OF**
**CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS**

I, Laura Dagan, Chief Executive Officer and President of F-Squared Investments, Inc., declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding 30 Largest Unsecured Claims and that the information contained therein is true and correct to the best of my information and belief.

Date:   July 8, 2015
        Wilmington, Delaware

                               _____/s/ Laura Dagan_____
                               Name: Laura Dagan
                               Title:  Chief Executive Officer and President

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| F-Squared Investments, Inc., ) | Case No. 15-_____ (_____) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. 26-2980788 ) | |

## CONSOLIDATED LIST OF ALL CREDITORS

      A list of the above-captioned debtor's (the "**Debtor**") creditors in accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure has been separately transmitted to the Clerk of the Court.

      The list has been prepared on a consolidated basis from the books and records of the Debtor and certain of its affiliates that also commenced chapter 11 cases in this Court (the "**Debtors**").  The list contains only those creditors whose names and addresses were maintained in the Debtors' databases or were otherwise readily ascertainable by the Debtors prior to the commencement of these cases.

      Certain of the creditors listed may not hold outstanding claims against the Debtors as of the commencement date and, therefore, may not be creditors for purposes of these cases.  By submitting this list, the Debtors in no way waive or prejudice their rights to dispute the extent, validity, or enforceability of the claims, if any, held by parties identified therein.

      The information presented in the list shall not constitute an admission by, nor is it binding on, the Debtors.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) ) Chapter 11 |
| F-Squared Investments, Inc., | ) ) Case No. 15-_____ (\_\_\_\_) |
| Debtor. | ) ) ) |
| Tax I.D. 26-2980788 | ) ) ) |

**DECLARATION CONCERNING
THE CONSOLIDATED LIST OF ALL CREDITORS**

I, Laura Dagan, Chief Executive Officer and President of F-Squared Investments, Inc., declare under penalty of perjury that I have reviewed the Consolidated List of All Creditors and that the information contained therein is true and correct to the best of my information and belief.

Date: July 8, 2015
Wilmington, Delaware

                                                */s/ Laura Dagan*
                                                Name: Laura Dagan
                                                Title:  Chief Executive Officer and President

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| F-Squared Investments, Inc., | ) | Case No. 15-_____ (_____) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. 26-2980788 | ) | |

## LIST OF EQUITY SECURITY HOLDERS

| Holder | Name and Address of Owner(s) | Description of Equity Interest Owned |
|---|---|---|
| F-Squared Investment Management, LLC | F-Squared Investment Management, LLC<br>Wellesley Office Park<br>80 William Street Suite 400<br>Wellesley, MA  02481 | 100% of the Common Stock |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| F-Squared Investments, Inc., | ) Case No. 15-_____ (_____) |
| Debtor. | ) |
| Tax I.D. 26-2980788 | ) |

## DECLARATION CONCERNING
## THE DEBTOR'S LIST OF EQUITY SECURITY HOLDERS

I, Laura Dagan, Chief Executive Officer and President of F-Squared Investments, Inc., declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders and that the information contained therein is true and correct to the best of my information and belief.

Date: July 8, 2015
        Wilmington, Delaware

                                    */s/ Laura Dagan*
                                    Name:  Laura Dagan
                                    Title:   Chief Executive Officer and President

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) ) | Chapter 11 |
| F-Squared Investments, Inc., ) ) | Case No. 15-_____ (_____) |
| Debtor. ) ) | |
| Tax I.D. 26-2980788 ) ) | |

**CORPORATE OWNERSHIP STATEMENT**

The following is the list of entities that own ten (10) percent or more of the above-captioned debtor's equity interests. The list is prepared in accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure for filing in this chapter 11 case.

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| F-Squared Investment Management, LLC | 100% of the Common Stock |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| F-Squared Investments, Inc., | ) Case No. 15-_____ (_____) |
| Debtor. | ) |
| Tax I.D. 26-2980788 | ) |

## DECLARATION CONCERNING
## THE DEBTOR'S CORPORATE OWNERSHIP STATEMENT

I, Laura Dagan, Chief Executive Officer and President of F-Squared Investments, Inc., declare under penalty of perjury that I have reviewed the foregoing Corporate Ownership Statement and that the information contained therein is true and correct to the best of my information and belief.

Date:  July 8, 2015
       Wilmington, Delaware

                                          */s/ Laura Dagan*
                                          Name: Laura Dagan
                                          Title: Chief Executive Officer and President